IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.                                    Case Nos.:   3:22cr7/TKW/MAL
                                                                               3:23cv3440/TKW/MAL

WILSON E. LOPEZ-IGLESIAS
    Defendant.

## **REPORT AND RECOMMENDATION**

In February of 2023, Defendant Lopez-Iglesias filed a Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (ECF No. 26), which is currently pending before the court. In his motion he raises four claims challenging the length of his sentence and seeks release from custody.

Bureau of Prisons records reflect Mr. Lopez-Iglesias was released from the custodial portion of his sentence on October 31, 2023. *See* https://www.bop.gov/inmateloc/. As such, the instant motion may be moot. Before entering a recommendation that the motion be dismissed, Defendant was afforded the opportunity to respond.

On November 28, 2023, the Court entered an order directing Mr. Lopez-Iglesias to show cause why his motion should not be dismissed as moot. He was

afforded fourteen days to respond, and he was warned that failure to respond as directed could be construed as abandonment of the motion and result in dismissal of the case. Despite this admonition, he has not responded.

A trial court has inherent power to dismiss a case sua sponte for failure to prosecute. *Link v. Wabash R.R.*, 370 U.S. 626 (1962). Federal Rule of Civil Procedure 41(b) authorizes a district court to dismiss an action for failure to obey a court order, typically upon motion of the defendant. *See Moon v. Newsome*, 863 F.2d 835, 838 (11th Cir. 1989) (citing cases). Rule 41.1 of the Local Rules of the Northern District of Florida also authorizes the court to impose sanctions, up to and including dismissal, for failure to comply with a rule or court order. Thus, because Mr. Lopez-Iglesias has failed to comply with this Court's order, and because his request for relief from the custodial part of his sentence appears to have been mooted by his release, his § 2255 motion should be dismissed without prejudice.

Accordingly, it is respectfully **RECOMMENDED**:

Mr. Lopez-Iglesias' Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence, ECF No. 26, be **DISMISSED without prejudice**.

At Gainesville, Florida on December 26, 2023.

s/ *Midori A. Lowry*
Midori A. Lowry
United States Magistrate Judge

## NOTICE TO PARTIES

Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control</u>. A copy of objections shall be served upon all other parties. If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.