UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.   Case Nos.: 3:22cr7/TKW/MAL
  3:23cv3440/TKW/MAL

WILSON E. LOPEZ-IGLESIAS
_____/

# **O R D E R**

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 31). No objections were filed.

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that this case should be dismissed because it is moot and/or based on Petitioner's failure to comply with court orders. Accordingly, it is

**ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Defendant's *pro se* Motion Under 28 U.S.C. §2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody is DISMISSED.

3. The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE and ORDERED** this 19th day of January, 2024.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**

Case Nos.: 3:22cr7/TKW/MAL; 3:23cv3440/TKW/MAL